**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                      PLAINTIFF

v.                                          NO. 4:07CR00338-02 JLH

JOHNNIE CLEVELAND                                                                              DEFENDANT

**ORDER**

JACK T. LASSITER and ERIN CASSINELLI COUCH of the law firm of HATFIELD & LASSITER, counsel for defendant in this matter, are hereby authorized to bring a cell phone, laptop computer, or personal digital assistant into the courthouse between October 14, 2008, and October 17, 2008, subject to the following rules:

(a) The devices mentioned above may not be used to record, photograph, or film anyone or anything inside the courthouse.

(b) Cell phones must be turned off and put away when in the courtroom.

(c) Wireless internet components of electronic devices must be deactivated when in district courtrooms.

(d) Before persons with electronic devices are granted entry into the courthouse, all devices must be examined by the United States Marshals Service or Court Security Personnel. This examination includes, but is not limited to placing the device through electronic screening machines and requiring the person possessing the device to turn the power to the device off and on.

(e) The United States Marshals Service may further restrict electronic devices from entering the building should a threat assessment so dictate.

A violation of paragraph (a), (b), or (c) may result in seizure of the electronic device, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions. A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

SIGNED this 9th day of October, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE